District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Bertram Oliver Wood, III, San Antonio, TX, for Defendant–Appellant.

Before DeMOSS, STEWART, and PRADO, Circuit Judges.

PER CURIAM: *

Xavier Jonque Wheeler appeals his 322–month sentence for attempting to manufacture 50 grams or more of crack cocaine, possessing with intent to distribute cocaine, possessing a firearm in furtherance of a drug crime, and being a felon in possession of a firearm. Wheeler argues that his sentence is unreasonable because it is based on judge-found facts rather than facts that he admitted or that were found by a jury.

The district court is allowed to find facts and is required to determine a defendant's proper guideline range of imprisonment before sentencing him. *United States v. McKinney,* 406 F.3d 744, 746–47 (5th Cir. 2005). Wheeler's sentence was within a properly calculated advisory guideline range and is entitled to great deference. *See United States v. Mares,* 402 F.3d 511, 520 (5th Cir.2005). Giving such deference to Wheeler's sentence, and recognizing that the sentencing court considered all the factors for a fair sentence under § 3553(a), we conclude that Wheeler has failed to demonstrate that his sentence was unreasonable. *See id.* at 519–20. The

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

judgment of the district court is AFFIRMED.

UNITED STATES of America, Plaintiff–Appellee,

v.

Joseph Leon PLUMMER, Defendant–Appellant.

No. 06–50725
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

May 1, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Turner Ford Gassaway, Bastrop, TX, for Defendant–Appellant.

Before DeMOSS, STEWART, and PRADO, Circuit Judges.

PER CURIAM: *

Joseph Leon Plummer appeals his jury convictions for being a felon in possession

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

of a firearm, in violation of 18 U.S.C. § 922(g)(1), and being in possession of an unregistered firearm, in violation of 26 U.S.C. § 5861(d). Plummer argues that the evidence was insufficient to prove that he knowingly possessed the firearm. Because Plummer failed to move for a judgment of acquittal at the close of all evidence, review is limited to determining whether there was a "manifest miscarriage of justice." *See United States v. Avants*, 367 F.3d 433, 449 (5th Cir.2004). A review of the record indicates that there is sufficient evidence of guilt. Therefore, Plummer has not shown that his conviction would result in a "manifest miscarriage of justice." *See id.* Accordingly, Plummer's conviction is AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.